UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

CAXTON INTERNATIONAL LIMITED,
CAXTON EQUITY GROWTH HOLDINGS, LP,
individually, and derivatively on behalf of the RESERVE
INTERNATIONAL LIQUIDITY FUND, LTD.,

                Plaintiffs,

- against -

RESERVE INTERNATIONAL LIQUIDITY FUND, LTD.,
RESERVE MANAGEMENT CO., INC.,
RESRV PARTNERS, INC., THE RESERVE FUND, BRUCE
R. BENT, BRUCE R. BENT II, and ARTHUR BENT III

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/09

ECF CASE

09 Civ. 782 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

       WHEREAS on November 6, 2008, before Defendants removed the above-captioned action to this Court, Plaintiffs and Defendants stipulated to the appointment of Denis O'Connor of Alix Partners LLP as "Temporary Supervisor" of the Reserve International Liquidity Fund, Ltd., which the state court so ordered on November 7, 2008 (the "Supervisor Stipulation and Order");

       WHEREAS, in accordance with paragraph 13 of the Supervisor Stipulation and Order, the Temporary Supervisor has: (i) kept detailed written records with respect to the services provided for June 2009 – September 2009; (ii) maintained receipts for any expenditures incurred in performing his tasks and responsibilities during this period; and (iii) provided reports detailing his services and expenditures to this Court – and previously to the state court – and the parties on a monthly basis (the "Monthly Invoices");

WHEREAS paragraph 14 of the Supervisor Stipulation and Order ordered and authorized the Defendants to remit payment for the Temporary Supervisor's services from the Reserve International Liquidity Fund, Ltd.'s cash account, subject to court approval of each Monthly Invoice;

WHEREAS the parties' joint October 16, 2009 letter to this Court states that counsel for Plaintiffs and Defendants have reviewed the four Monthly Invoices for June 2009 – September 2009, have found them to be fair, and hereby jointly request that this Court authorize the Defendant Reserve International Liquidity Fund, Ltd. to pay the Invoices; and

WHEREAS this Court has reviewed the Temporary Supervisor's Monthly Invoices and accompanying submissions for June 2009 – September 2009 and hereby approves payment of these invoices;

It is hereby ORDERED that, pursuant to paragraph 14 of the Supervisor Stipulation and Order, this Court authorizes the Defendant Reserve International Liquidity Fund, Ltd. to remit payment from its cash account for the services itemized in the Temporary Supervisor's four Monthly Invoices for June 2009 – September 2009.

Dated: New York, New York
       October 21, 2009

SO ORDERED.

Paul G. Gardephe
United States District Judge